IN THE SUPREME COURT OF TEXAS

 No. 04-0967

 IN RE AMEGA HOLDINGS, INC. AND GREGORY DELINE

 On Petition for Writ of Mandamus

ORDERED:

 Relator's emergency motion for stay, filed December 13, 2004, is
granted. The order dated August 24, 2004, in Cause No. 04-01361, styled
TIB-The Independent Bankersbank v. Amega Holdings, Inc. and Gregory Deline,
in the 95th District Court of Dallas County, Texas, is stayed pending
further order of this Court.

 Done at the City of Austin, this December 13, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk